No. 67585.—International Granite & Marble Corp. v. United States, protests 59/27023(A), etc. (Los Angeles).

Opinion by Wilson, J.  In accordance with stipulation of counsel that the merchandise consists of polished marble slabs similar in all material respects to those the subject of *United States* v. *Selectile Co., Inc., Frank P. Dow Co., Inc., of L. A., et al.* (49 CCPA 116, C.A.D. 805), the claim of the plaintiff was sustained.